1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   KIM HANCOCK, on behalf of            Case No.  2:14-cv-4587 BRO (MANx)
     herself and all others similarly
11   situated,

12                    Plaintiff,          **ORDER GRANTING DISMISSAL**
                                          **PURSUANT TO F.R.C.P. RULE**
13   v.                                   **41(a)(1)**

14   AVIS RENT A CAR SYSTEM,
     INC., a Delaware Corporation,
15   BUDGET RENT A CAR SYSTEM,
     INC., a Delaware Corporation, AVIS
16   BUDGET GROUP, INC., a
     Delaware Corporation, and DOES 1-
17   100, inclusive,

18                    Defendants.

19

20        Based on the above stipulation and good cause appearing, the Court hereby

21   orders this case dismissed with prejudice as to Plaintiff Kim Hancock's individual

22   claims, with each party to bear their own attorneys' fees and costs.  The claims of the

23   putative class members are dismissed without prejudice.

24

25   **IT IS HEREBY ORDERED**

26
     Dated: October 29, 2015        _____
27                                  HONORABLE BEVERLY REID O'CONNELL
                                    UNITED STATES DISTRICT COURT JUDGE
28

ORDER  GRANTING  DISMISSAL  PURSUANT  TO
F.R.C.P. RULE 41(a)(1)                                    CASE NO.  2:14-CV-4587 BRO (MANx)